**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| (1)  JOHNNIE DAYL KING, Individually, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. _____ |
| (1)  THE TRAVELERS HOME AND MARINE INSURANCE COMPANY, a foreign for profit insurance company, | ) ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Travelers Home and Marine Insurance Company ("Defendant" and/or "Travelers") files the instant Notice of Removal of this case from the District Court of Tulsa County, State of Oklahoma. In support of removal, Defendant states the following:

1. On July 22, 2015 Plaintiff Johnnie Dayl King ("Plaintiff") filed a Petition in the District Court of Tulsa County, State of Oklahoma, captioned *Johnnie Dayl King, individually, Plaintiff, v. The Travelers Home and Marine Insurance Company, Defendant,* Case Number CJ-2015-2719 ("State Court Action"). (*See* Petition, Ex. 1).

2. Defendant was served with the Petition on July 27, 2015. (*See* Summons, Ex. 2; Return Affidavit of Service, Ex. 3).

3. In her Petition, Plaintiff seeks judgment in her favor in an amount in excess of $75,000.00 in actual damages, an amount in excess of $75,000.00 in punitive damages, as well as costs and attorney fees. (*See* Petition, Ex. 1).

4. Plaintiff is a citizen of the State of Oklahoma. (*See* Petition, Ex. 1).

5. Defendant is incorporated in the State of Connecticut and has its principal place of business in the State of Connecticut.

6. Because the amount in controversy exceeds $75,000.00 exclusive of interest and costs and complete diversity exists among the parties, this case is properly removed within the applicable time constraints pursuant to 28 U.S.C. §§ 1332, 1441, 1446.

7. The United States District Court for the Northern District of Oklahoma is the appropriate court for filing the instant Notice of Removal as the District Court of Tulsa County, where the State Court Action is currently pending, is one of the counties included within this Court's federal jurisdiction.

8. Upon receiving the federally filed Notice of Removal, Defendant will file a copy of the such Notice with the District Court of Tulsa County as well as provide written notice to Plaintiff's counsel, all in accordance with 28 U.S.C. § 1446(d).

9. Pursuant to 28 U.S.C. § 1446 and LCvR 81.2(a), a copy of the docket sheet and a copy of documents filed and/or served in the State Court Action are attached hereto. (*See* State Court Action docket sheet, Ex. 4; Petition, Ex. 1; Summons, Ex. 2; Return Affidavit of Service, Ex. 3).

10. Under the provisions of 28 U.S.C. §§ 1332, 1441, and 1446 and all other applicable statutes, all of which Defendant has complied with, this cause of action is removable to the United States District Court for the Northern District of Oklahoma.

Respectfully submitted,

/s/ Derrick T. DeWitt
Derrick T. DeWitt, OBA #18044
Carolyn S. Smith, OBA #22344
NELSON TERRY MORTON DeWITT
PARUOLO & WOOD
P.O. Box 138800
Oklahoma City, OK 73113
Phone: 405-705-3600
Fax: 405-705-2573
dewitt@ntmdlaw.com
csmith@ntmdlaw.com
ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

      This is to certify that on the 17th day of August, 2015, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Michael P. Atkinson, OBA #374
Andrew G. Wakeman, OBA #21393
ATKINSON, HASKINS, NELLIS,
BRITTINGHAM, GLADD & FIASCO
525 South Main, Suite 1500
Tulsa, OK 74103-4524
Telephone:  918-582-8877
Facsimile:  918-585-8096

                                                    /s/ Derrick T. DeWitt