## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) JOHNNIE DAYL KING, Individually, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 4:15-cv-460-TCK-PJC |
| (1) THE TRAVELERS HOME AND MARINE INSURANCE COMPANY, a foreign for profit insurance company, | ) ) ) ) ) | |
| Defendant. | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Johnnie Dayl King ("Plaintiff") and Defendant Travelers Home and Marine Insurance Company ("Defendant"), by and through their respective attorneys of record, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby jointly stipulate to the dismissal with prejudice of all claims in the above styled and numbered case, with each party to bear their own attorney fees and costs.

WHEREFORE, premises considered, Plaintiff and Defendant jointly stipulate to the Dismissal With Prejudice of all claims in this case.

Respectfully submitted,

/s/ Michael P. Atkinson
Michael P. Atkinson, OBA #374
Andrew G. Wakeman, OBA #21393
ATKINSON, HASKINS, NELLIS,
BRITTINGHAM, GLADD & FIASCO
525 South Main, Suite 1500
Tulsa, OK 74103-4524
Telephone: 918-582-8877
Facsimile: 918-585-8096
ATTORNEYS FOR PLAINTIFF

-and-

/s/ Derrick T. DeWitt
Derrick T. DeWitt, OBA #18044
Carolyn S. Smith, OBA #22344
NELSON TERRY MORTON DeWITT
PARUOLO & WOOD
P.O. Box 138800
Oklahoma City, OK 73113
Phone:  405-705-3600
Fax:  405-705-2573
dewitt@ntmdlaw.com
csmith@ntmdlaw.com
ATTORNEYS FOR DEFENDANT